VINCE M. VERDE, CA Bar No. 202472
vince.verde@ogletreedeakins.com
CAROLYN E. SIEVE, CA Bar No. 182763
carolyn.sieve@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:     714.800.7900
Facsimile:     714.754.1298

BECKI D. GRAHAM, CA No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Plaintiff
HOSPITALITY STAFFING SOLUTIONS, LLC

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSPITALITY STAFFING SOLUTIONS, LLC, | Case No. 2:15-cv-02352-KJM-AC |
| Plaintiff, | **STIPULATED PERMANENT INJUNCTION AND ORDER** |
| v. | |
| ALLSTARS STAFFING, LLC; FERNANDO GIRON, an individual; and DOES 1 - 10, | |
| Defendants. | Complaint Filed:  November 12, 2015<br>Trial Date:          April 24, 2017 |

1    Marie D. DiSante, State Bar No. 138267
     mdisante@cdflaborlaw.com
2    Joel Van Parys, State Bar No. 227387
     jvanparys@cdflaborlaw.com
3    CAROTHERS DISANTE & FREUDENBERGER LLP
     900 University Avenue, Suite 200
4    Sacramento, California 95825
     Telephone: (916) 361-0991
5    Facsimile: (916) 570-1958

6    Attorneys for Defendant
     FERNANDO GIRON
7

8    Tiffanny Brosnan (#184810)
     tbrosnan@swlaw.com
9    Erin D. Leach (#247785)
     eleach@swlaw.com
10   SNELL & WILMER L.L.P.
     600 Anton Boulevard, Suite 1400
11   Costa Mesa, CA 92626-7689
     Telephone: (714) 427-7000
12   Facsimile: (714) 427-7799

13   Attorneys for Defendant
     ALLSTARS STAFFING, LLC
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATED PERMANENT INJUNCTION

WHEREAS, on November 12, 2015, Plaintiff Hospitality Staffing Solutions, LLC ("Plaintiff" or "HSS") filed the above-captioned action against Defendants Allstars Staffing, LLC ("Allstars") and Fernando Giron ("Giron") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act, intentional interference with contractual relations, and unfair competition in violation of California Business and Professions Code Section 17200 *et seq.* based on Defendants' alleged acquisition of HSS's trade secrets and interference with contractual relationships it had with various clients.  Plaintiff also alleged breach of contract in connection with Giron's alleged breach of a confidentiality and non-solicitation agreement he entered into with HSS;

WHEREAS, Allstars and Giron deny each of HSS's allegations;

WHEREAS, the Parties now wish to end the litigation, and have agreed as a basis for doing so to stipulate and agree to the issuance of a permanent injunction, as set forth herein (and agree to request that the Court so order);

NOW THEREFORE, the Parties stipulate and agree, and request the Court enter an order (the "Order") as follows:

       1.      The Parties agree that from the date the Court issues this Order, continuing for a period of two (2) years thereafter, unless the Court otherwise orders, Giron and Allstars (and anyone acting on their behalf who receives actual notice of this Stipulation and Proposed Order) is hereby permanently restrained and enjoined from possessing, using or disclosing any HSS trade secrets or Confidential Information, in any form (the term "Confidential Information" is defined as: customer lists and reports related to customer sales and billing trends, and/or any information contained therein; any service agreements or contracts between HSS and its customers and/or information contained therein, including customer pricing, contract terms and expiration dates; wage information for HSS' employees; and and other confidential information to which Giron was privy to during the course of his employment with HSS regarding HSS's business, customers and employees that would have been subject to the terms and conditions set forth in the Confidentiality and Non-Solicitation Agreement he entered into during his employment with HSS.  However,

Confidential Information does not include any information that is or becomes publicly known or available through no fault of Allstars or Fernando Giron or anyone acting on Allstars' or Fernando Giron's behalf.).

2.      Should Giron or Allstars discover that they possess HSS trade secrets or Confidential Information in any form, they will provide HSS with reasonably prompt notice of the discovery, will not use or disclose, or delete, erase, or otherwise destroy the information they have discovered, and will allow HSS to inspect and/or obtain return of the information.

3.      Allstars and Giron further agree that within five business days from when the Court enters the Order, Giron will deliver a copy of this Stipulated Permanent Injunction to his current employer, Inspire Preschool Academy.

4.      Giron further agrees that for 24 months from the date of this Order, he will not solicit, recruit or attempt to recruit directly or by assisting others (including, but not limited to Allstars), any other employee of HSS with whom Giron had contact during his employment with HSS.

5.      Allstars agrees that it will not use any HSS trade secret or Confidential Information that may have been disclosed to it by Giron, to solicit, recruit or attempt to recruit HSS employees, or its customers/clients.

6.      This Order shall survive the dismissal of this action.

**SO STIPULATED.**

DATED:  April 6, 2017                          SNELL & WILMER L.L.P.


By: */s/ Tiffany Brosnan (authorized on 3/21/2017)*
TIFFANNY BROSNAN
ERIN D. LEACH

Attorneys for Defendant
ALLSTARS STAFFING, LLC

DATED:  April 6, 2017                    CAROTHERS DISANTE & FREUDENBERGER
                                          LLP


                                          By: /s/ Joel Van Parys (authorized on 3/21/2017)
                                              MARIE D. DISANTE
                                              JOEL VAN PARYS

                                              Attorneys for Defendant
                                              FERNANDO GIRON

DATED:  April 6, 2017                    OGLETREE, DEAKINS, NASH, SMOAK &
                                          STEWART, P.C.


                                          By: /s/ Becki D. Graham
                                              VINCE M. VERDE
                                              CAROLYN E. SIEVE
                                              BECKI D. GRAHAM

                                              Attorneys for Plaintiff
                                              HOSPITALITY STAFFING SOLUTIONS,
                                              LLC

                                          **ORDER**

   **SO ORDERED**.

DATED:  April 6, 2017



                                          _____
                                          UNITED STATES DISTRICT JUDGE