VINCE M. VERDE, CA Bar No. 202472
vince.verde@ogletreedeakins.com
CAROLYN E. SIEVE, CA Bar No. 182763
carolyn.sieve@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:    714.800.7900
Facsimile:    714.754.1298

BECKI D. GRAHAM, CA No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Plaintiff
HOSPITALITY STAFFING SOLUTIONS, LLC

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSPITALITY STAFFING SOLUTIONS, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLSTARS STAFFING, LLC; FERNANDO GIRON, an individual; and DOES 1 - 10,<br><br>            Defendants. | Case No. 2:15-cv-02352-KJM-AC<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(1)(A)(II); ORDER**<br><br>Complaint Filed:  November 12, 2015<br>Trial Date:            April 24, 2017 |

Marie D. DiSante, State Bar No. 138267
mdisante@cdflaborlaw.com
Joel Van Parys, State Bar No. 227387
jvanparys@cdflaborlaw.com
CAROTHERS DISANTE & FREUDENBERGER LLP
900 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 361-0991
Facsimile: (916) 570-1958

Attorneys for Defendant
FERNANDO GIRON


Tiffanny Brosnan (#184810)
tbrosnan@swlaw.com
Erin D. Leach (#247785)
eleach@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendant
ALLSTARS STAFFING, LLC

Plaintiff Hospitality Staffing Solutions, LLC and Defendants Allstars Staffing, LLC and Fernando Giron, by their respective counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that the above-captioned matter may be dismissed in its entirety, with prejudice, and with each party to bear its own costs and attorneys' fees, with the dismissal to be effective on or after April 5, 2017 (the deadline for the parties to comply with terms of settlement).

IT IS SO STIPULATED:

DATED: : March 21, 2017            SNELL & WILMER L.L.P.

By: */s/ Erin D. Leach (authorized on 03/21/2017)*
    TIFFANNY BROSNAN
    ERIN D. LEACH

    Attorneys for Defendant
    ALLSTARS STAFFING, LLC

DATED:  April 6, 2017              CAROTHERS DISANTE & FREUDENBERGER LLP

By: */s/ Joel Van Parys (authorized on 03/22/2017)*
    MARIE D. DISANTE
    JOEL VAN PARYS

    Attorneys for Defendant
    FERNANDO GIRON

DATED:  March 21, 2017             OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Becki D. Graham*
    VINCE M. VERDE
    CAROLYN E. SIEVE
    BECKI D. GRAHAM

    Attorneys for Plaintiff
    HOSPITALITY STAFFING SOLUTIONS, LLC

**ORDER**

Based on the parties' stipulation, the Court hereby dismisses the above-captioned matter, in its entirety, with prejudice, effective April 5, 2017. IT IS SO ORDERED.

DATED: April 6, 2017

_____
UNITED STATES DISTRICT JUDGE